**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| **Kenneth Allen Berry,** | : | Case No. 15-50074 |
| **Patsy Kay Berry,** | : | Chapter 13 |
| Debtor. | : | Judge Preston |

**NOTICE OF CHANGE OF ADDRESS FOR DEBTORS**

Now come Debtors, Kenneth and Patsy Berry, by and through counsel, and notify the Court as to a change in address from that listed in the petition, to the following, effective immediately:

9538 State Route 93 SE
New Straitsville, Ohio 43766

Respectfully submitted,

 /s/  Crystal I. Zellar
Crystal I. Zellar  (#0038785)
Adam T. Barclay (#0075869)
**Zellar & Barclay, Attorneys at Law, Inc.**
720 Market Street
Zanesville, Oh 43701
Telephone:  (740) 452-8439
Facsimile:  (740) 450-8499
mail@ZellarLaw.com
Counsel for Debtors

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 23, 2015**, a copy of the foregoing **Notice of Change of Address of Debtors** was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the Court:

US Trustee          Chapter 13 Trustee

and on the following by **ordinary U.S. Mail** addressed to:

Kenneth and Patsy Berry
9538 St Rt 93 SE
New Straitsville  OH  43766

 /s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
Adam T. Barclay (#0075869)
**Zellar & Barclay, Attorneys at Law, Inc.**
Counsel for Debtors