**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:                                              :
    **Kenneth Allen Berry,**          :   Case No. 15-50074
    **Patsy Kay Berry,**              :   Chapter 13
                Debtors.   :   Judge Preston

**NOTICE OF CHANGE OF ADDRESS FOR DEBTORS**

      Now come Debtors, Kenneth and Patsy Berry, by and through counsel, and notify the Court as to a change in address from that listed in the petition, to the following, effective immediately:

          6685 N St Rt 669 NW  Unit F
          McConnelsville,  Ohio  43756

                Respectfully submitted,

                /s/  Crystal I. Zellar
                Crystal I. Zellar  (#0038785)
                Shelley E. Hibburt  (#0091736)
                **Zellar & Zellar, Attorneys at Law, Inc.**
                720 Market Street
                Zanesville, Oh 43701
                Telephone:  (740) 452-8439
                Facsimile:  (740) 450-8499
                mail@ZellarLaw.com
                Counsel for Debtors

**CERTIFICATE OF SERVICE**

      I hereby certify that on **January 4, 2016**, a copy of the foregoing **Notice of Change of Address of Debtors** was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the Court:

          US Trustee                 Chapter 13 Trustee

and on the following by **ordinary U.S. Mail** addressed to:

Kenneth and Patsy Berry
6685 N St Rt 669 NW  Unit F
McConnelsville  OH  43756

                /s/ Crystal I. Zellar
                Crystal I. Zellar (#0038785)
                Shelley E. Hibburt  (#0091736)
                **Zellar & Zellar, Attorneys at Law, Inc.**
                Counsel for Debtors